IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | | |
|---|---|---|
| ROBERT L. MCCRAY, #167 644 | * | |
| Petitioner, | * | |
| v. | * | 3:09-CV-659-ID |
| | | (WO) |
| JOHN CUMMINS, WARDEN, *et al.*, | * | |
| Respondents. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's motion for extension of time, and for good cause, it is ORDERED that:

1. The motion for extension of time (*Doc. No. 19*) be and is hereby GRANTED; and

2. Petitioner is GRANTED an extension from September 18, 2009 to and including September 25, 2009 to file his response to Respondents' supplemental answer.

Petitioner is reminded that he is under order to show cause why the instant petition should not be dismissed for his failure to exhaust state remedies with regard to those challenges Petitioner makes to the June 22, 2009 revocation of his parole. This court does not deem it appropriate to rule on the merits of Petitioner's claims which he presents in support of his allegation of "wrongful incarceration" without first requiring that Petitioner exhaust state remedies. *See* 28 U.S.C. § 2254(1)(b)(2).

Done, this 1st day of September 2009.

    /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE